UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Alemnis Sigfrido Lopez Crawford,<br><br>Petitioner<br><br>v.<br><br>Todd Blanche, et al.,<br><br>Respondents | Case No. 3:26-cv-00422-CDS-BNW<br><br>**Order Sua Sponte Dismissing the Petitioner's Case**<br><br>[ECF Nos. 1, 2] |

On May 21, 2026, petitioner Alemnis Lopez Crawford filed identical petitions (ECF No. 1) and emergency motions for a temporary restraining order (ECF No. 2) under two separate case numbers. *Compare* Case No. 2:26-cv-01552-CDS-BNW (1552) *with* Case No. 3:26-cv-00422-CDS-BNW (422). On June 3, 2026, in the 1552 action, the court ordered the federal respondents to file a response to the petition and motion. *See* ECF No. 7 in Case No. 2:26-cv-01552-CDS-BNW. Because the petition and motion in the instant case are identical to those filed in the 1552 action, I find this is an independent basis to dismiss the case without prejudice, but without leave to amend. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (explaining that district courts are empowered to dismiss a civil complaint that merely repeats pending or previously litigated claims). Accordingly, the petition and motion are also denied.

The court cautions Lopez Crawford's counsel that filing duplicative documents will not speed up the court's review of the petitioner's request; rather, filing duplicate cases and motions increases the court's workload and generally delays a decision. Lopez Crawford is further warned that continued duplicative motion practice may result in the imposition of sanctions, including dismissal of the petitioner's case. *See Nugget Hydroelectric, L.P. v. Pacific Gas & Elec. Co.*, 981 F.2d 429, 439 (9th Cir. 1992).

Conclusion

It is hereby ordered that Lopez Crawford's duplicate case is dismissed, so his petition **[ECF No. 1]** and emergency motion for temporary restraining order **[ECF No. 2] are DENIED.**

It is further ordered that should the petitioner wish to file any additional motions or an amended petition, such filings must be made in Case No. 2:26-cv-01552-CDS-BNW.

The Clerk of Court is kindly directed to close this case. No other documents may be filed in this now-closed case.

Dated: June 8, 2026

_____
Cristina D. Silva
United States District Judge